**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DIANA GEORGE,**

        **Plaintiff,**

  v.                                           **7:12-CV-1610**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

This matter was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. In a Report and Recommendation dated December 18, 2013 ("Report-Recommendation"), Magistrate Judge Bianchini recommended that Plaintiff's Motion for Judgment on the Pleadings be GRANTED, that Defendant's Motion for Judgment on the Pleadings be DENIED, and that the case be remanded to the Commissioner for a calculation of benefits. No objections to the Report and Recommendation have been lodged and the time for filing objections, including the extension granted by the Court, has expired.

## CONCLUSION

After examining the record, this Court has determined that the Report and

1

Recommendation is not subject to attack for plain error or manifest injustice. Therefore,

(1) The Court **ADOPTS** the Report and Recommendation [dkt. # 15] for the reasons stated therein;

(2) Plaintiff's Motion for Judgment on the Pleadings is **GRANTED**;

(3) Defendant's Motion for Judgment on the Pleadings is **DENIED;**

(4) The case is **REMANDED** to the Commissioner for a calculation of benefits as addressed more fully in the Report and Recommendation.

**IT IS SO ORDERED.**

**Dated:** February 16, 2014

_____
Thomas J. McAvoy
Senior, U.S. District Judge