# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Diana Marie George**
        Plaintiff
     vs.                  **CASE NUMBER: 7:12-CV-1610 (TJM/VEB)**

**Commissioner of Social Security**
        Defendant

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court ADOPTS the Report and Recommendation of Magistrate Judge Victor E. Bianchini in its entirety. Plaintiff's Motion for Judgment on the Pleadings is GRANTED, Defendant's Motion for Judgment on the Pleadings is DENIED. Therefore the Complaint filed by Diana Marie George is REMANDED to the Commissioner of Social Security for a calculation of benefits.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 16 day of February, 2014.

DATED: February 19, 2014

_Lawrence K. Baerman_
Clerk of Court

s/ Joanne Bleskoski

_____
Deputy Clerk